**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **American Fuel Cell and Coated Fabrics Company** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-** |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 8600 Central Venture, LLC<br>3300 Buchanan<br>Wichita Falls, TX 76308 | Anthony Inman<br>940-691-0000 | Trade Debt | | | | $366,382.49 |
| 2 | Steptoe & Johnson, LLP<br>1330 Connecticut Ave. NW<br>Washington, DC 20036-1795 | 202-429-3000 | Trade Debt | | | | $129,007.08 |
| 3 | JEVAC Machine, Inc.<br>Everett Plating<br>2570 Columbia Rd. 47<br>Magnolia, AR 71753 | 870-695-3487 | Trade Debt | | | | $127,660.01 |
| 4 | Health Advantage<br>PO Box 8069<br>Little Rock, AR 72203-8069 | 501-502-1958 | Insurance Premiums | | | | $121,241.00 |
| 5 | Reliance Aeroproducts<br>950 South 6th Avenue<br>Mansfield, TX 76063 | 817-453-8829 | Trade Debt | | | | $111,352.42 |

Debtor　**American Fuel Cell and Coated Fabrics Company**　　Case number (if known) **17-**
　　　　　Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 6 | Collier Investments dba Manpower 107 Bellevue Blvd. Benton, LA 71006 | 318-323-4475 | Trade Debt | | | | $102,516.91 |
| 7 | Brand & Oppenheimer Milberg Factors 99 Park Avenue New York, NY 10016 | 336-275-5800 | Trade Debt | | | | $99,101.46 |
| 8 | XPO Logistics PO Box 5160 Portland, OR 97208-5160 | 503-450-2000 | Trade Debt | | | | $90,859.23 |
| 9 | Lewis Brisbois Bisgaard & Smith, LLP 221 North Figueroa St., Suite 1200 Los Angeles, CA 90012 | | Legal Fees | | | | $88,712.76 |
| 10 | Eagle Oil & Gas Co. 2525 Kell Blvd., Suite 510 Wichita Falls, TX 76308 | Matt Schroeder 940-723-7322 | Trade Debt | | | | $80,688.49 |
| 11 | Entergy 4611679 PO Box 8101 Baton Rouge, LA 70891-8101 | 800-766-1648 | Trade Debt | | | | $59,308.42 |
| 12 | Johnson Control PO Box 730068 Dallas, TX 75373 | 866-300-7547 | Trade Debt | | | | $54,519.34 |
| 13 | Trelleborg Coated Systems US, Inc. 715 Railroad Avenue Rutherfordton, NC 28139 | 828-394-5112 | Trade Debt | | | | $51,380.56 |

Debtor **American Fuel Cell and Coated Fabrics Company**          Case number (if known) **17-**
　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Robinson Helicopter Company  2901 Airport Dr.  Torrance, CA 90505 | 310-539-0508 | Trade Debt | | | | $51,087.37 |
| 15 | Vallen  4215 S Shackleford Rd. 4A-4D  Little Rock, TX 72204 | 501-562-2040 | Trade Debt | | | | $39,473.21 |
| 16 | Crest Foam Industries  100 Carol Place  Moonachie, NJ 07074 | 201-807-0809 | Trade Debt | | | | $38,952.74 |
| 17 | Mid-South Steam Boiler & Engineering Co.  3803 Pointer Trail East  Van Buren, AR 72956 | 479-471-1468 | Trade Debt | | | | $37,499.99 |
| 18 | Bank of America  PO Box 15796  Wilmington, DE 19886-5796 | 800-673-1044 | Credit Card | | | | $36,162.38 |
| 19 | Custom Chemical Services  PO Box 441  Sante Fe, TX 77510 | 409-925-7818 | Trade Debt | | | | $36,121.73 |
| 20 | Polymerics, Inc.  1540 Saint Claire  Kent, OH 44240 | 330-928-2210 | Trade Debt | | | | $33,848.33 |

**Fill in this information to identify the case and this filing:**

Debtor Name: American Fuel Cell & Coated Fabrics Company

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 17-

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/21/2017
MM / DD / YYYY

X _/s/ Leonard J. Annaloro_
Signature of individual signing on behalf of debtor

**Leonard J. Annaloro**
Printed name

**President and CEO**
Position or relationship to debtor