**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-44766 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | American Fuel Cell And Coated Fabrics Company | | | | Date Filed (f) or Converted (c): | 09/18/2019 (c) |
| | | | | | 341(a) Meeting Date: | 10/23/2019 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | 12/19/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo DIP Funds | 124,580.00 | 124,580.00 | | 0.00 | FA |
| Pursuant to Agreed Order Granting Motion of Amfuel Capital, LLC for Turnover and Release of Funds entered 12/10/2019 (doc 267) - funds previously held in Debtor's ch 11 DIP account are collateral for Amfuel Capital and turned over to the creditor. | | | | | |
| 2. 12/2018 F-941 Income Tax Refund (u) | 90,240.25 | 90,240.25 | | 0.00 | FA |
| pursuant to Order granting AmFuel Capital LLC Motion for Turnover and Release of Funds entered January 11, 2022. These funds which are collateral of AmFuel apital were turned over to the secured lender. | | | | | |
| 3. 12/2018 F-940 Income Tax Refund (u) | 144.23 | 144.23 | | 0.00 | FA |
| pursuant to Order granting AmFuel Capital LLC Motion for Turnover and Release of Funds entered January 11, 2022. These funds which are collateral of AmFuel apital were turned over to the secured lender. | | | | | |
| 4. Preference Payments (u) | 5,000.00 | 50,000.00 | | 0.00 | FA |
| 5. Preference recovery Mid South Steam Boiler &Engineering Co (u) | 0.00 | 8,000.00 | | 0.00 | FA |
| Agreement and Compromise Pursuant ot Rule 9010 | | | | | |
| 6. Jevac Machine Inc (u) | 0.00 | 20,000.00 | | 0.00 | FA |
| Agreement and Compromise Pursuant ot Rule 9010 | | | | | |
| 7. Buffalo Industrial Fabrics INC. (u) | 0.00 | 7,500.00 | | 0.00 | FA |
| Agreement and Compromise Pursuant ot Rule 9010 | | | | | |
| 8. Preference Recovery Collier INvestments, LLC (u) | 291,779.01 | 291,779.01 | | 25,000.00 | FA |
| Agreement and Compromise Pursuant ot Rule 9010 | | | | | |
| 9. Preference Recovery AT&T, CORP (u) | 18,716.33 | 18,716.33 | | 3,100.00 | FA |
| Agreement and Compromise Pursuant ot Rule 9010 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-44766 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | American Fuel Cell And Coated Fabrics Company | | | | Date Filed (f) or Converted (c): | 09/18/2019 (c) |
| | | | | | 341(a) Meeting Date: | 10/23/2019 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | 12/19/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Preference Recovery FedEx Freight, INC. (u) Agreement and Compromise Pursuant ot Rule 9010 | 18,198.69 | 18,198.69 | | 7,500.00 | FA |
| 11. Preference Recovery Safety-Kleen Systems, INC. (u) Agreement and Compromise Pursuant ot Rule 9010 | 25,586.68 | 25,586.68 | | 0.00 | FA |
| 12. Preference Recovery BOC SCI, INC (u) Agreement and Compromise Pursuant ot Rule 9010 | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 13. Preference Recovery Brand & Oppenheimer (u) Agreement and Compromise Pursuant ot Rule 9010 | 61,489.22 | 61,489.22 | | 15,000.00 | FA |
| 14. Preference Recovery Texoma Freight, INC. (u) Agreement and Compromise Pursuant ot Rule 9010 | 15,250.00 | 15,250.00 | | 6,000.00 | FA |
| 15. Forshey & Prostok IOLTA Account | 98,397.53 | 98,397.53 | | 0.00 | FA |
| 16. Momentum Telecom, Inc. (u) Agreement and Compromise Pursuant ot Rule 9010 | 0.00 | 2,000.00 | | 2,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $749,381.94        $836,881.94                $63,600.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Estate is administratively insolvent. After Payment of Chapter 7 administrative expenses, the remaining funds on hand will be paid to AmFuel Capital, LLC ($978,259.89) [Docket 335] Debtor's secured lender, for payment on its super priority administrative claim.

Initial Projected Date of Final Report (TFR): 12/31/2021        Current Projected Date of Final Report (TFR): 03/30/2022

Trustee Signature:    /s/ Marilyn D. Garner, Trustee        Date: 01/28/2022

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net